UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.:21-81761-CIV-CANNON

RADICAL INVESTMENTS LTD., )
a St. Lucia Company, )
)
)
)
      Plaintiff, )
)
      v. )
)
GOOD VIBRATIONS ENTERTAINMENT )
LLC, et al. )
      Defendants. )
_____/.

## INDEX OF EXHIBITS TO AMENDED COMPLAINT

**Exhibit 1:** Authorization from Government of Barbados to RIL for vaccines.

**Exhibit 2:** Purchase and Sale Agreement

**Exhibit 3:** AstraZeneca Invoice

**Exhibit 4:** Correspondences from Def. Moore Attorneys

**Exhibit 5:** Escrow and Paymaster Agreement

**Exhibit 6:** Correspondence Detailing Wires and Amounts of $ Sent

**Exhibit 7:** WhatsApp Messages Between RIL's Counsel, Stein & Moore

**Exhibit 8:** Judgment against Defendant Coley

**Exhibit 9:** Notice of Intention to Terminate

**Exhibit 10:** Correspondence from Defendant Stein

**Exhibit 11:** Correspondence from RIL to Stein

**Exhibit 12:** Correspondence from Defendant Stein (2)

**Exhibit 13:** Correspondence from Serum Pharma

**Exhibit 14:** Correspondence from RIL on deal with Serum Pharma/Moore

**Exhibit 15:** Moore Acceptance (through Counsel) of Deal with Serum Pharma/RIL

**Exhibit 16:** Correspondence from Moore to PM of Barbados

**Exhibit 17:** Proposed PSA between Moore, Pegasus, Government of Barbados

**Exhibit 18:** Correspondence from Serum Pharma

**Exhibit 19:** Correspondence from British High Commission

**Exhibit 20:** Correspondence to Stein Seeking Return of Funds

**Exhibit 21:** Stein's Release

**Exhibit 22:** Defendant Coley Instagram Photos

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via E-filing on September 29, 2021 on all counsel or parties of record on the Service List below.

*/s/ Ralph R. Longo IV*

Dated: September 29, 2021

Respectfully submitted,

VAZQUEZ & ASSOCIATES
*Attorney for Plaintiff*
1111 Brickell Avenue Suite 1550
Miami, Florida 33131
Telephone (305) 371-8064
Facsimile (305) 371-4967

By:    */s/ Ralph R. Longo IV*
RALPH R. LONGO IV, ESQ.
Florida Bar No.: 124169
RL@GVazquez.com