UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81761-CIV-CANNON

RADICAL INVESTMENTS LTD.,
A ST. LUCIA COMPANY,

    Plaintiff,
v.

GOOD VIBRATIONS ENTERTAINMENT, LLC,
A FLORIDA CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 4th day of October 2021.

                                                AILEEN M. CANNON
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record