AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CHARLES Z. STEIN**
was received by me on *(date)* **10/14/2021** . 6442 Coldwater Canyon Avenue Suite 209
North Hollywood, CA 91606

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Gabriela Reed - Olea Agent**, who is
designated by law to accept service of process on behalf of *(name of organization)* **CHARLES Z. STEIN**
_____ on *(date)* **10/14/2021 at 4:35PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **10/15/2021**

*Server's signature* [signature]
Rodolfo D. Garcia - Process Server

*Printed name and title*
264 E. 3 rd Street
San Dimas, CA 91773
800-637-1805

*Server's address*

Additional information regarding attempted service, etc:

Description of Recipient: 60 years old, 5'0" tall with glasses and brown eyes.

Documents Served: SUMMONS IN A CIVIL ACTION, Civil Cover Sheet, INDEX OF EXHIBITS TO AMENDED COMPLAINT, Exhibit(s)