AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DAVIDOVICH STEIN LAW GROUP c/o CHARLES Z. STEIN**

was received by me on *(date)* **10/14/2021**

**6442 Coldwater Canyon Avenue Suite 209 North Hollywood, CA 91606**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Gabriela Reed - Olea Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **DAVIDOVICH STEIN LAW GROUP c/o CHARLES Z. STEIN** on *(date)* **10/14/2021 at 4:35PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **10/15/2021**

*Rodolfo D. Garcia* (signature)
*Server's signature*

**Rodolfo D. Garcia - Process Server**
*Printed name and title*

**264 E. 3 rd Street
San Dimas, CA 91773
800-637-1805**
*Server's address*

Additional information regarding attempted service, etc:
Description of Recipient: 60 years old, 5'0" tall with glasses and brown eyes.
Documents Served: SUMMONS IN A CIVIL ACTION, Civil Cover Sheet, INDEX OF EXHIBITS TO AMENDED COMPLAINT, Exhibit(s)