AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9:21-cv-81761-AMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Moniladai Coley, 6625 Reseda Blvd, Reseda, CA 91335

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Marco Zavala, Spouse**, a person of suitable age and discretion who resides there, on *(date)* **10/15/2021 at 3:53 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/19/2021**

*Server's signature*

Robert Diaz, Process Server
*Printed name and title*

254 E. 3rd St.
San Dimas, CA 91773
*Server's address*

Additional information regarding attempted service, etc:
Approximate Description of Recipient: Male, Hispanic, 30, 5'9", 140 lbs, Brown Eyes, Black Hair
Documents Served: Summons in a Civil Action, Amended Complaint, Civil Cover Sheet, Exhibits