AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Prestige Pegasus LLC C/o Moniladai Coley__
was received by me on *(date)* __10/20/2021 at 1:45PM__ __6625 Reseda Blvd · Reseda, CA 91335__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Moniladai Coley__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Prestige Pegasus LLC__
__Female, 45 Y/o, African American, 135lbs, 5'5", brown hair, brown eyes__ on *(date)* __10/22/2021 at 11:00AM__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __10/22/2021__

*Rodolfo D. Garcia* (signed)
Server's signature

__Rodolfo D Garcia  2018013077  Process Server__
Printed name and title

__264 E. 3 rd Street,
San Dimas, CA 91773
800-637-1805__
Server's address

Additional information regarding attempted service, etc:

Prior attempt: 10/21 at 4:35PM - Spoke to worker and they said i cant go in unless the person im looking for says I can go in. Used intercom serveral times but no answer.

Documents Served: SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, INDEX OF EXHIBITS TO AMENDED COMPLAINT, CERTIFICATE OF SERVICE, PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO 28 U.S.C. DIVERSITY OF CITIZENSHIP WITH JURY DEMAND, DEMAND FOR TRIAL BY JURY, CERTIFICATE OF SERVICE