UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81761-CANNON/REINHART

RADICAL INVESTMENTS, LTD.,

    Plaintiff,

v.

GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAI D. COLEY; **CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN**; and **DAVIDOVICH STEIN LAW GROUP, LLP,**

    Defendants.
_____/

**NOTICE OF APPEARANCE BY SETH A. KOLTON**

PLEASE NOTE the appearance of attorney Seth A. Kolton of the law firm of Shendell & Pollock, P.L., as counsel for Defendants, CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP, in the above-styled cause. Any and all pleadings or other matters pertaining to this cause should be served on the undersigned who designates the following e-mail addresses for service of all pleadings and other papers:

    Primary:    seth@shendellpollock.com
    Secondary:  anita@shendellpollock.com
                    grs@shendellpollock.com

Dated: November 10, 2021        **Seth A. Kolton**
                                          Seth A. Kolton, Esq. (Florida Bar No. 0021045)
                                          Attorney E-mail address: seth@shendellpollock.com
                                          Shendell & Pollock, P.L.
                                          2700 N Military Trail, Suite 150
                                          Boca Raton, FL 33431
                                          Telephone:    (561) 241-2323
                                          *Attorneys for Davidovich Stein Law Group, LLP*
                                          *and Charles Z. Stein*