UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:21-cv-81761-CANNON/REINHART

RADICAL INVESTMENTS, LTD.,
    Plaintiff,

v.

GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAI D. COLEY; **CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN**; and **DAVIDOVICH STEIN LAW GROUP, LLP,**
    Defendants.
_____/

**ORDER GRANTING RINAT KLIER-ERLICH'S MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for **Rinat Klier-Erlich**, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. **Rinat Klier-Erlich** may appear and participate in this action on behalf of Defendants, DAVIDOVICH STEIN LAW GROUP, LLP and CHARLES Z. STEIN. The Clerk shall provide electronic notification of all electronic filings to **Rinat Klier-Erlich** at rerlich@zelmserlich.com.

DONE AND ORDERED in Chambers at Ft. Pierce, FL this ____ day of November 20201.

                                                  _____
                                                HONORABLE AILEEN M. CANNON
                                                United States District Judge

Copies furnished to:
All Counsel of Record