UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81761-CIV-CANNON

RADICAL INVESTMENTS LTD.,

       Plaintiff,

v.

GOOD VIBRATIONS
ENTERTAINMENT, LLC et al,

       Defendants.

_____/

## ORDER TO SERVE

**THIS CAUSE** comes before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint.  Plaintiff filed this action on September 17, 2021 [ECF No. 1].  To date, there is no indication in the court file that Defendant RDS Cargo Group DWC LLC has been served with the summons and Complaint.  It is therefore

**ORDERED AND ADJUDGED** that, on or before **December 17, 2021**, Plaintiff shall perfect service upon Defendant RDS Cargo Group DWC LLC or show cause why Defendant RDS Cargo Group DWC LLC should not be dismissed for failure to perfect service of process.  Failure to file proof of service or show good cause by **December 17, 2021** may result in dismissal without prejudice of any affected defendants, without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of December 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record