UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.: 21-81761-CIV-CANNON

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a Barbados Company, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Corporation, et al., | ) ) ) ) ) |
| Defendants. | ) / |

**PLAINTIFF'S NOTICE OF FILING RESPONSE TO THIS COURT'S ORDER TO SERVE RDS CARGO GROUP DWC LLC OR SHOW CAUSE**

COMES NOW, Plaintiff, by and through the undersigned counsel, and files its Response to this Court's Order to Serve RDS Cargo Group DWC LLC or Show Cause.

1. On December 16, 2021, this Court issued an Order to Plaintiff in which it directed Plaintiff to perfect service on RDS Cargo Group DWC LLC, or show cause why RDS Cargo Group DWC LLC should not be dismissed for failure to perfect service of process.

2. RDS Cargo Group DWC LLC was named as a Defendant in the initial complaint which was filed in this matter on September 17, 2021.

3. However, when Plaintiff filed its Amended Complaint in this action prior to service on any of the Defendants, Plaintiff dropped RDS CARGO GROUP DWC LLC as a Defendant.

4.     As such, RDS CARGO GROUP DWC LLC is no longer a party to this action, and this Court can dismiss them from this matter.

Dated: December 16, 2021

                                         Respectfully submitted,

VAZQUEZ & ASSOCIATES
*Attorneys for Plaintiff*
1111 Brickell Avenue Suite 1550
Miami, Florida 33131
Telephone (305) 371-8064
Facsimile (305) 371-4967

By:     */s/ Ralph R Longo IV*
RALPH R. LONGO IV, ESQ.
Florida Bar No.: 124169
RL@GVazquez.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of December, 2021 I caused a true and correct copy of this document to be filed and served upon all counsel of record electronically by means of the Court's ECF system.

By:     */s/ Ralph R Longo IV*
RALPH R. LONGO IV, ESQ.
Florida Bar No.: 124169
RL@GVazquez.com