UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81761-CANNON/REINHART

RADICAL INVESTMENTS, LTD.,

    Plaintiff,

v.

GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAI D. COLEY; **CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN**; and **DAVIDOVICH STEIN LAW GROUP, LLP,**

    Defendants.
_____/

### STEIN DEFENDANTS' SUPPLEMENT[1] TO MOTION TO QUASH SERVICE OF SUMMONS AND DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

Specially-Appearing Defendants, CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN ("Stein") and DAVIDOVICH STEIN LAW GROUP, LLP ("DSLG" and, with Stein, the "Stein Defendants"), pursuant to Local Rule 7.1, supplement their *Motion to Quash Service of Summons and Dismiss First Amended Complaint for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2)* (DE # 29, the "Motion"), as follows:

#### CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3)(A), undersigned counsel for Defendants, CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP, hereby certify that a telephonic meet and confer session with Plaintiff's counsel was held

---

[1] Supplemented to provide Certificate of Good Faith Conference required by Local Rule 7.1(a)(3)(A), only.

before the filing of the Motion. Although counsel for Plaintiff and counsel for the Stein Defendants discussed the Motion in good faith, they were unable to resolve the issues raised therein.

Dated: January 14, 2022

**Seth A. Kolton**
Seth A. Kolton, Esq. (Florida Bar No. 0021045)
Attorney E-mail address: seth@shendellpollock.com
Shendell & Pollock, P.L.
2700 N Military Trail, Suite 150
Boca Raton, FL 33431
Telephone:     (561) 241-2323

- and-

**Brian T. Smith**
Brian T. Smith (PHV)
Attorney E-mail address: bsmith@zelmserlich.com
Zelms, Erlich & Mack, LLP
20920 Warner Center Lane, Suite B
Woodland Hills, CA 91367
Telephone:     (408) 608-2114

*Attorneys for Davidovich Stein Law Group, LLP
and Charles Z. Stein*