UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RADICAL INVESTMENTS LTD.

PLAINTIFF(S)

CASE NUMBER
9:21−cv−81761−AMC

v.

GOOD VIBRATIONS ENTERTAINMENT LLC, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**MONILADAI D. COLEY
PRESTIGE PEGASUS, LLC**

as of course, on the date February 1, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Ahlai Israel*
Deputy Clerk

cc:  Judge Aileen M. Cannon
    Radical Investments Ltd.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)