UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.: 21-81761-CIV-CANNON

RADICAL INVESTMENTS LTD.,  )
a St. Lucia Company,       )
                           )
                           )
                           )
                           )
        Plaintiff,         )
                           )
        v.                 )
                           )
GOOD VIBRATIONS ENTERTAINMENT )
LLC, a Florida Limited Liability Company, )
et al.,                    )
                           )
                           )
                           )
        Defendants.        )
_____/

**AFFIDAVIT OF NON-MILITARY**

I, RALPH R. LONGO IV, Esq. swear and affirm that the following is true to the best of my personal knowledge:

1. I am the attorney for Plaintiff in the above styled matter;

2. It is my understanding through review of this matter and my investigation that Defendant MONILADAE COLEY a/k/a MONILADAI D. COLEY is not on active duty in the armed services of the United States or any governmental agency or branch subject to the provisions of the Soldiers and Sailors' Civil Relief Act of 1940;

3. To my personal knowledge, Defendant was not a member of the armed forced of the United States or any branch thereof at the time of the service of the Complaint in this action;

I declare under penalty of perjury that the foregoing is true and correct. Executed on 16th day of February, 2022.

FURTHER AFFIANT SAYETH NAUGHT.

RALPH R. LONGO IV, Esq.

STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

The Foregoing Instrument was sworn and subscribed before me in my [X] physical presence [ ] online on this 16 day of February, 2022, by Ralph R. Longo IV, Esq. He is [ ] personally known to me or [X] provided a driver's license as identification.

_____
NOTARY PUBLIC

Jeannie B. Regidor
Comm.#HH025884
Expires: July 30, 2024
Bonded Thru Aaron Notary