UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.: 21-81761-CIV-CANNON

RADICAL INVESTMENTS LTD., )
a St. Lucia Company, )
)
)
)
)
Plaintiff, )
)
v. )
)
GOOD VIBRATIONS ENTERTAINMENT )
LLC, a Florida Limited Liability Company, )
et al., )
)
)
)
)
Defendants. )
_____/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court on the Plaintiff's Motion for Final Default Judgment against Defendants **MONILADAE D. COLEY, a/k/a MONILADAI D. COLEY,** individually, and **PRESTIGE PEGASUS, LLC, a Colorado Limited Liability Company** as to **Counts II, VI, VII, X, XI, XVI, XVII, XX, XXI, XXIV & XXV** of Plaintiff's Amended Complaint. The Court, having considered the Motion and being fully advised in the premises and with good cause appearing, **HEREBY FINDS AND DETERMINES THAT:**

1. This Court has jurisdiction over this action and venue is proper herein.

2. This Court is authorized to hear and determine all matters and enter final judgment. The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Fed.R.Civ.P. 52.

3. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

4. Proper, timely, adequate and sufficient service of the Amended Complaint and Summons were provided to the Defendants.

5. The Defendants had adequate time to respond to the Amended Complaint and failed to do so.

6. The factual allegations asserted in the Complaint with respect to the Defendants are deemed true and are incorporated by reference.

7. A certified copy of this Order may be filed with the appropriate clerk and/or recorded with the county recorder to effectuate the relief provided herein.

Accordingly, it is **HEREBY ORDERED, ADJUDGED and DECREED THAT:**

8. Plaintiff, RADICAL INVESTMENTS LTD., a St. Lucia Company, with its current address of 20 Micoud Street, Castries, St. Lucia, shall have and recover from Defendants **PRESTIGE PEGASUS, LLC a Colorado Limited Liability Company,** domiciled at 7182 Edgewood Drive, Highlands Ranch, CO 80130 and its principal, Defendant **MONILADAE D. COLEY, a/k/a MONILADAI D. COLEY,** individually and as principal of PRESTIGE PEGASUS LLC, currently domiciled at 6625 Reseda Blvd., Reseda, CA 91335, **jointly and severally,** the sum certain of two-million dollars (**$2,000,000.00)** for let execution issue forwith.

9. Post-judgment interest shall accrue at the current legal rate allowed under 28 U.S.C. § 1961 as of the date of this Final Default Judgment until this judgment is satisfied.

10. The Court reserves jurisdiction to enter any further orders and decrees as are proper; the Court may also modify, supplement, amend, enforce and implement the terms and provisions of this Final Judgment; or take any other actions that may be necessary in connection with this matter, including but not limited to, the issuance of writs of execution and post-judgment collection.

**DONE** and **ORDERED** in chambers at West Palm Beach, Florida, this _____ day of _____, 2022.

_____
HONORABLE AILEEN CANNON
United States District Court Judge