**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

**Case No.: 21-81761-CIV-CANNON**

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida limited liability company, et al., | ) ) ) ) ) |
| Defendants. | ) ) / |

**ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AS TO DEFENDANTS MONILADAI D. COLEY AND PRESTIGE PEGASUS, LLC AS TO COUNTS II, VI, VII, X, XI, XVI, XVII, XX, XXI, XXIV & XXV OF PLAINTIFF'S AMENDED COMPLAINT**

THIS CAUSE is before the Court on the Plaintiff's Motion for Entry of Final Default Judgment against Defendants MONILADAI D. COLEY and PRESTIGE PEGASUS, LLC, a Colorado Limited Liability Company. The Court, having considered the Motion and noted the Clerk's Default entered against the Defendants [DE 39] and noted the failure of Defendants to file a responsive pleading in this action and being fully advised in the premises and with good cause appearing, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Entry of Final Default Judgment with respect to **Counts II, VI, VII, X, XI, XVI, XVII, XX, XXI, XXIV & XXV** of Plaintiff's Amended Complaint as to Defendant **MONILADAI D. COLEY** is hereby **GRANTED.**

2. Plaintiff's Motion for Entry of Final Default Judgment with respect to Counts II, VI, VII, X, XI, XVI, XVII, XX, XXI, XXIV & XXV of Plaintiff's Amended Complaint as to Defendant **PRESTIGE PEGASUS, LLC, a Colorado Limited Liability Company** is hereby **GRANTED.**

3. The Court retains jurisdiction to enforce and implement the terms and provisions of this Order and enter further orders as are proper or may be required.

**DONE** and **ORDERED** in chambers at West Palm Beach, Florida, this _____ day of _____, 2022.

HONORABLE AILEEN CANNON
United States District Court Judge