**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

**Case No.: 21-81761-CIV-CANNON**

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## RADICAL INVESTMENTS LTD.'S NOTICE OF STRIKING ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM [DE #43]

COMES NOW, RADICAL INVESTMENTS LTD. ("RIL"), Plaintiff in the above-captioned lawsuit, by and through the undersigned counsel, and hereby files a Notice of Striking its Answer and Affirmative Defenses to Counterclaim [DE #43], and states as follows:

1. On Friday, February 18, 2022, the Plaintiff in the above-captioned action filed its Answer and Affirmative Defenses to Defendant Good Vibrations Entertainment LLC's Counter-Complaint [DE #43].

2. Undersigned counsel for Plaintiff, Steven B. Herzberg, Esq. who has appeared in this action on Plaintiff's behalf, filed Plaintiff's Answer and Affirmative Defenses to Counterclaim.

3. Due to a clerical error, undersigned's name was not entered on the signature block of said filing.

4. On February 22, 2022, the Clerk issued a Notice To Filer, which stated that due to this clerical error, Plaintiff must file a Notice of Striking Docket Entry #43 and must re-file the document pursuant to CM/ECF Procedures.

5. Plaintiff will file contemporaneously with this Notice of Striking a corrected version of its Answer and Affirmative Defenses, amended only as to the signature block.

**Dated: February 23, 2022**

                                                        Respectfully submitted,

                                                        VAZQUEZ & ASSOCIATES
*Attorneys for Plaintiff*
1111 Brickell Avenue Suite 1550
Miami, Florida 33131
Telephone (305) 371-8064
Facsimile (305) 371-4967

By:      */s/ Steven B. Herzberg*
STEVEN B. HERZBERG, ESQ.
Florida Bar No.: 111541
sh@gvazquez.com
GERARDO A. VAZQUEZ, ESQ.
Florida Bar No.: 006904
gv@gvazquez.com
RALPH R. LONGO IV, ESQ.
Florida Bar No.: 124169
rl@gvazquez.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of February 2022 I caused a true and correct copy of this document to be filed and served upon all counsel of record electronically by means of the Court's CM/ECF system.

By: */s/ Steven B. Herzberg*
STEVEN B. HERZBERG, ESQ.
Florida Bar No.: 111541
sh@gvazquez.com
GERARDO A. VAZQUEZ, ESQ.
Florida Bar No.: 006904
gv@gvazquez.com
RALPH R. LONGO IV, ESQ.
Florida Bar No.: 124169
rl@gvazquez.com