UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.: 21-81761-CIV-CANNON

RADICAL INVESTMENTS LTD., )
a St. Lucia Company, )
 )
 )
 )
 Plaintiff, )
 )
 v. )
 )
GOOD VIBRATIONS ENTERTAINMENT )
LLC, a Florida Limited Liability Company, )
et al., )
 )
 )
 )
 Defendants. )
_____/

## PROPOSED JOINT SCHEDULING ORDER SETTING CIVIL TRIAL DATE & PRETRIAL SCHEDULE

THIS CAUSE is set for trial during the Court's two-week trial calendar beginning on _____, 2023, The Calendar call will be held at 9:30am on _____, 2023, A status conference will be held at 9:30am on Wednesday, _____, 2023 (3 weeks before mediation deadline). The case shall be set on this Court's Standard Trial Track.

The parties shall adhere to the following schedule:

1. Joinder of any additional parties due by: May 6, 2022

2. Deadline to amend pleadings: May 6, 2022

3. Deadline to File Joint Interim Status Report: July 14, 2022

4. Deadline to file proposed order scheduling Mediation: August 15, 2022

| | | |
|---|---|---|
| 5. | Deadline to file written lists containing the names and Addresses of all fact witnesses intended to be called at Trial: | August 15, 2022 |
| 6. | Deadline to select mediator: | October 1, 2022 |
| 7. | Deadline to complete all fact discovery: | December 1, 2022 |
| 8. | Deadline to exchange expert witness summaries/ Reports pursuant to FRCP 26(a)(2): | December 1, 2022 |
| 9. | Deadline for filing dispositive motions: | December 15, 2022 |
| 10. | Deadline to complete mediation: | January 1, 2023 |
| 11. | Deadline to complete expert discovery: | February 1, 2023 |
| 12. | Deadline for filing of all pre-trial motions: | _____ |
| 13. | Deadline for resolution of all pre-trial motions by the Court: | _____ |
| 14. | Deadline for all Motions in Limine: | February 6, 2023 |
| 15. | Deadline to file joint pre-trial stipulation in accordance with Local Rule 16.1 and FRCP 26(a)(3) | March 6, 2023 |
| 16. | Deadline to file proposed jury instructions, verdict form and/or proposed findings of fact and conclusions of law: | March 23, 2023 |
| 17. | Date certain for pre-trial conference: | _____ |
| 18. | Date Certain for trial: | _____ |

**Dated: March 31, 2022**

                                   Respectfully submitted,

                                   VAZQUEZ & ASSOCIATES
*Attorneys for Plaintiff*
1111 Brickell Avenue Suite 1550
Miami, Florida 33131
Telephone (305) 371-8064
Facsimile (305) 371-4967

By:         */s/ Ralph R Longo IV*
             RALPH R. LONGO IV, ESQ.
             Florida Bar No.: 124169
             RL@GVazquez.com

**SHENDELL & POLLOCK, P.L.**
2700 N Military Trail, Suite 150
Boca Raton, FL 33431
Telephone:    (561) 241-2323
Facsimile:     (561) 241-2330

By:    */s/ Seth A. Kolton*
        **Seth A. Kolton, Esq.**
        Florida Bar No. 0021045
        seth@shendellpollock.com
        anita@shendellpollock.com
        grs@shendellpollock.com

– and –

**ZELMA, ERLICH & MACK, LLP**
20920 Warner Center Lane, Suite B
Woodland Hills, CA 91367
Telephone:    (408) 608-2114

By:    */s/ Brian T. Smith*
        **Brian T. Smith, Esq.** (PHV)
        **Rinat Klier-Erlich, Esq.** (PHV)
        bsmith@zelmserlich.com
        rerlich@zelmserlich.com

*Attorneys for Davidovich Stein Law Group, LLP and Charles Z. Stein*

    */s/ Ronald J. Cohen*
**Ronald J. Cohen** (Florida Bar No. 235504)
rcohen@loriumlaw.com
**LORIUM LAW**
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, Florida 33301
(954) 462-8000 main
(954) 331-1287 direct


 */s/ John D. Schwalb*
**John D. Schwalb (Tenn. Bar No. 011671)**
john@jdschwalb.com
**JOHN D. SCHWALB, PLLC**
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100

*Attorneys for Good Vibrations Entertainment LLC and Alex Lee Moore a/k/a Flex Moore*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of March, 2022 I caused a true and correct copy of this document to be filed and served upon all counsel of record electronically by means of the Court's ECF system.

By:    */s/ Ralph R Longo IV*
RALPH R. LONGO IV, ESQ.
Florida Bar No.: 124169
RL@GVazquez.com