UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81761-CANNON/REINHART

RADICAL INVESTMENTS, LTD.,

    Plaintiff,

v.

GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAI D. COLEY; **CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN**; and **DAVIDOVICH STEIN LAW GROUP, LLP,**

    Defendants.

_____/

## STEIN DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants, CHARLES Z. STEIN and DAVIDOVICH STEIN LAW GROUP, LLP, through undersigned counsel and in accordance with the *Order Requiring Joint Scheduling Report and Certificates of Interested Parties* (DE # 47) of this Court on February 24, 2022, hereby disclose the following:

### INTERESTED PARTIES

(1)    Niv V. Davidovich;

(2)    Radical Investments, Ltd.;

(3)    Mark Maloney;

(4)    Good Vibrations Entertainment, LLC;

(5)    Alex Lee Moore, Jr.;

(6)    Prestige Pegasus, LLC,;

(7) Moniladae Cooley;

(8) Golden Bear Insurance Co.;

(9) Charles Z. Stein; and

(10) Davidovich Stein Law Group, LLC.

## CORPORATE DISCLOSURE STATEMENT

Defendant DAVIDOVICH STEIN LAW GROUP, LLP has no parent corporation and no publicly held company owns more than 10% of its stock.

Dated: April 1, 2022

**Seth A. Kolton**
Seth A. Kolton, Esq. (Florida Bar No. 0021045)
Attorney E-mail address: seth@shendellpollock.com
Shendell & Pollock, P.L.
2700 N Military Trail, Suite 150
Boca Raton, FL 33431
Telephone: (561) 241-2323

- and-

**Brian T. Smith**
Brian T. Smith (PHV)
Attorney E-mail address: bsmith@zelmserlich.com
Zelms, Erlich & Mack, LLP
20920 Warner Center Lane, Suite B
Woodland Hills, CA 91367
Telephone: (408) 608-2114

*Attorneys for Davidovich Stein Law Group, LLP
and Charles Z. Stein*