UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.: 21-81761-CIV-CANNON

RADICAL INVESTMENTS LTD., )
a St. Lucia Company, )
)
)
)
)
Plaintiff, )
)
v. )
)
GOOD VIBRATIONS ENTERTAINMENT )
LLC, a Florida Limited Liability Company, )
et al., )
)
)
)
Defendants. )
_____/

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, RADICAL INVESTMENTS LTD., a St. Lucia Company, and hereby discloses the following, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to this Court's February 24, 2022 Order on Interested Persons and Corporate Disclosure Statement [DE #47]:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff RADICAL INVESTMENT LTD., a St. Lucia Company, states and affirms that it has no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations which own more than 10% of its stock.

Further, pursuant to this Court's Order, Plaintiff identifies the following interested parties:

1. Radical Investments Ltd., a St. Lucia Company;

2. Mr. Mark Maloney, a Barbados Citizen;

3. Good Vibrations Entertainment LLC, a Florida Limited Liability Company;

4. Good Vibrations Entertainment LLC, an Ohio Limited Liability Company;

5. Alex Lee Moore Jr.;

6. Prestige Pegasus LLC, a Colorado Limited Liability Company;

7. Moniladai D. Coley;

8. Davidovich Stein Law Group LLP;

9. Charles Z. Stein, Esq.;

10. Niv. V. Davidovich, Esq.

11. Counsel for all parties involved in this litigation.

**Dated: April 1, 2022**

Respectfully Submitted,

Vazquez & Associates, P.A.
*Attorney for Plaintiff*
1111 Brickell Avenue Suite 1550
Miami, Florida 33131
Telephone (305) 371-8064
Facsimile (305) 371-4967

By:    */s/ Ralph R. Longo IV*
**Ralph R. Longo IV, Esq.**
Florida Bar No.: 124169
Email: rl@gvazquez.com

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of April, 2022 I caused a true and correct copy of this document to be filed and served upon all counsel of record electronically by means of the Court's ECF system.

        By:        ***/s/ Ralph R. Longo IV***
                      **Ralph R. Longo IV, Esq.**
                      Florida Bar No.: 124169
                      Email: rl@gvazquez.com