UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.:21-81761-CIV-CANNON

RADICAL INVESTMENTS LTD., )
a St. Lucia Company, )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
GOOD VIBRATIONS ENTERTAINMENT )
LLC, a Florida limited liability company, )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
ALEX LEE MOORE, JR., a/k/a ALEX )
MOORE, a/k/a FLEX MOORE, )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
PRESTIGE PEGASUS LLC, )
a Colorado limited liability company, )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
MONILADAE COLEY, a/k/a )
MONILADAI D. COLEY, )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
CHARLES Z. STEIN, ESQ., a/k/a )
CHARLIE STEIN, )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
DAVIDOVICH STEIN LAW GROUP, )
LLP, a California limited liability )
Partnership, )
　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　Defendants. )
_____ )

**CORPORATE DISCLOSURE FOR DEFENDANTS GOOD VIBRATIONS ENTERTAINMENT AND CERTIFICATE OF INTERESTED PARTIES BY GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE, JR.**

**A.    Corporate Disclosures**:

Good Vibrations Entertainment LLC is an Ohio Limited Liability Company, has no parent or subsidiaries but is affiliated with Good Vibrations Entertainment LLC a Florida Limited Liability Company.  It is solely owned by Alex Lee Moore, Jr.  Good Vibrations

Entertainment LLC, a Florida Corporation has parent or subsidiaries but is affiliated with the Ohio Corporation, as it was set up to be the successor to the Ohio Corporation. It is wholly owned by Alex Lee Moore, Jr.

**B.   Interested Parties**:

1. Alex Lee Moore, Jr.;
2. Good Vibrations Entertainment LLC, a Florida Limited Liability Company;
3. Good Vibrations Entertainment LLC, an Ohio Limited Liability Company
4. Radical Investments, Ltd.;
5. Mark Maloney;
6. Prestige Pegasus, LLC, a Colorado Limited Liability Company;
7. Moniladae Coley;
8. Charles Z. Stein;
9. Niv V. Davidovich;
10. Davidovich Stein Law Group, LLC. and
11. Counsel for the Parties.

Respectfully submitted,

*/s/ Ronald J. Cohen*
**Ronald J. Cohen** (Florida Bar No. 235504)
rcohen@loriumlaw.com
**LORIUM LAW**
101 N.E. 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252
Telephone (954) 462-8000

 */s/ John D. Schwalb*
**John D. Schwalb (Tenn. Bar No. 011671)**
john@jdschwalb.com
**JOHN D. SCHWALB, PLLC**
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100

## **CERTIFICATE OF SERVICE**

I certify that the foregoing has been served pursuant to the ECF filing system in accordance with the Federal Rules of Civil Procedure on the 6th day of April 2022;

and was served upon the following entities or persons via first class mail:

Prestige Pegasus LLC
c/o Moniladae Coley
6625 Reseda Blvd.
Reseda, CA 91335

Prestige Pegasus LLC
c/o Rance Bauman, Registered Agent
7182 Edgewood Drive
Highlands Ranch, CO, 80130

Moniladae Coley
6625 Reseda Blvd.
Reseda, CA 91335

on this 5th day of April 2022.

*/s/ Ronald J. Cohen*
**Ronald J. Cohen**